IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| STACY MAYNOR, | ) | |
| | ) | |
| Petitioner, | ) | NO. 3:06-1172 |
| | ) | JUDGE HAYNES |
| | ) | |
| | ) | |
| GLEN TURNER, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

In accordance with the Memorandum filed herewith, the Petitioner's petition for the writ of habeas corpus is **DENIED**. This action is **DISMISSED with prejudice**. The Court **GRANTS** a Certificate of Appealibility under 28 U.S.C. § 2253(c), but only for Petitioner's claim of involuntary and unknowing guilty plea.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the ___ day of March, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge